ANTONIO SEDALE MOULTRIE
2823 BIENVILLE BLVD
APT 36
OCEAN SPRINGS, MS 39564

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

KEESLER FCU
2602 PASS RD
BILOXI, MS 39531

VERIZON WIRELESS
ATTN: BANKRUPTCY DEPARTMENT
P.O.BOX 408
NEWARK, NJ 07101

WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607